## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JOEY KEAN HO KWONG,  Civil No. 06-1426 (JRT/AJB)

    Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

R.L. MORRISON, AND FEDERAL
BUREAU OF PRISONS,

    Defendants.

---

Joey Kean Ho Kwong, #05982-090, Duluth Federal Prison Camp, Post Office Box 1000, Duluth, Minnesota 55814, petitioner *pro-se*

Elizabeth C. Peterson and James E. Lackner, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415

Based upon the Supplemental Report and Amended Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 4, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that respondent's Motion to Dismiss Habeas Petition Pursuant to 28 U.S.C. § 2241 as Moot be **granted** [Docket No. 8] and Joey Kean Ho Kwong's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be **dismissed** with prejudice on mootness grounds.

DATED: December 28, 2006            s/John R. Tunheim
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                        United States District Judge